# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SHANIQUA BUNTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>*Plaintiff,*<br><br>v.<br><br>LOGISTICARE SOLUTIONS, LLC,<br>*Defendant.* | § § § § § § § § § § § | Case No. A-19-CV-00372-LY-SH |

# ORDER

Before this Court are Defendant's Motion to Strike Class and Collective Action Claims Or, in the Alternative, Disqualify Shaniqua Bunton as Class Representative and Dismiss Her from the Action, filed on February 13, 2020 (Dkt. No. 34), and Plaintiff's Emergency Motion to Compel Putative Class List, filed on February 28, 2020 (Dkt. No. 49).

The parties, or counsel acting on their behalf, are **ORDERED** to appear before the Court by telephone for a hearing on the above-motions on **Monday, March 9, 2020 at 2:30 p.m.**

The parties will receive instructions for the call from the undersigned's courtroom deputy, Mr. James Ferrell, at James_Ferrell@txwd.uscourts.gov.

**SIGNED** on March 2, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE