IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHANIQUA BUNTON, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-372 |
| | § | |
| LOGISTICARE SOLUTIONS, LLC, | § | |
|     DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On May 11, 2021, the parties filed a Joint Stipulation of Dismissal With Prejudice (Doc. #81) which the court has reviewed and now approves. Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _12th_ day of May, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE